IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| Jessica Moore, <br><br> Plaintiff, <br><br> v. <br><br> Office of the Illinois Secretary of State, <br><br> Defendant. | No. 22 C 3584 <br><br> Hon. Matthew F. Kennelly |

**DEFENDANT'S MOTION FOR SUMMARY JUDGMENT**

Defendant, Office of the Illinois Secretary of State, by and through its attorney, Kwame Raoul, Attorney General for Illinois, pursuant to Rule 56 of the Federal Rules of Civil Procedure, hereby moves this Court to grant summary judgment in Defendant's favor and against Plaintiff. The grounds for this motion are set forth in the accompanying memorandum of law.

Wherefore, Defendant, Office of the Illinois Secretary of State, respectfully requests that this Honorable Court grant summary judgment in its favor and such further relief the Court deems reasonable and just.

July 18, 2023

KWAME RAOUL
Attorney General of Illinois

Respectfully Submitted,

*/s/ Thomas R. Allen*
THOMAS R. ALLEN
Assistant Attorney General
General Law Bureau
100 W. Randolph, 13th Floor
Chicago, Illinois 60601
(312) 814-3889